IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| L.R.A. (a minor), by her next friend and mother, T.A., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-6024-CV-W-DW |
| MINNESOTA REGIS CORPORATION, | ) ) ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the parties' stipulation of dismissal (Doc. 18). The parties move the Court to dismiss this case with prejudice, with each side to bear its own costs, including attorney fees. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

      /s/ Dean Whipple
Dean Whipple
United States District Judge

Date: January 10, 2006